UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-00043-RLY-CMM |
| | ) | |
| CRYSTAL D. UZIEKALLA, | ) | -28 |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for September 24, 2019

Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Kyle Sawa, the defendant appears in person and by CJA counsel Larry Simon.   The USPO is represented by Andrea Hillgoth for the final hearing on USPO Petition to Revoke Probation.

The court advises the defendant of the allegations contained in the Petition as well as her rights.

The defendant admits to allegations 1 and 2 in the petition. The United States informs the court it does not wish to proceed with allegation 3.   The court finds allegations 1 and 2 in the petition to be true and adjudges the defendant guilty.

The Petition to Revoke Probation is granted.

The court now sentences the defendant.

The defendant is remanded to custody of the U.S. Marshal.


Copies:
All counsel of Record